Decided November 7, 1996

## DORIS BEACH *v.* REGIONAL SCHOOL DISTRICT NUMBER 13 ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 42 Conn. App. 542 (AC 14731), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

*Robert P. Dutcher*, in support of the petition. The Connecticut Trial Lawyers also filed a statement in support of the petition.

*Arthur J. Riccio, Jr.*, in opposition.

Decided November 7, 1996